# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1292
_____

JAMEKA S. JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Melissa Gates Olin, Judge.

May 28, 2024


Per Curiam.

AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.